UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 3:22-CR- 151

VIEW, INC.

**PLEA AGREEMENT**

The United States Attorney hereby proposes to the Court a plea agreement to be filed in this cause under Rule 11(c) of the Federal Rules of Criminal Procedure. Defendant Corporation, represented by counsel and represented in court for the offering of this guilty plea by its officer, Bill Krause, Esq., has read and fully understands this plea agreement and approves same, realizing that the plea agreement is subject to acceptance or rejection by the Court. The plea agreement is as follows:

1. GUILTY PLEA: The defendant agrees to waive Indictment and plead guilty under oath to Count One of an Information, which charges negligently discharging pollutants to a POTW without first obtaining a pretreatment permit from MDEQ, in violation of 33 U.S.C. § 1319(c)(1)(A), which carries maximum possible penalties of a fine of not less than $2,500.00 and not more than $25,000.00 for each day of violation, 5 years probation, restitution in the amount of loss, and a special assessment of $125.00.

2. OTHER CHARGES: The United States agrees not to charge the defendant or any of its current or former officers, directors, or employees with any other offenses arising from or related to the above charge.

3. OTHER AUTHORITIES: This agreement does not bind any prosecuting authority of any state or any other federal district, nor does it bind the Attorney General of the

United States with regard to any matter, criminal or civil, involving federal tax laws.

4. VIOLATIONS OF THIS AGREEMENT: If defendant violates this agreement, all statements made pursuant hereto will be admissible against defendant, who hereby waives the provisions of Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence. Defendant may also, in that event, be prosecuted for all federal offenses, including perjury and false statements relating to this plea agreement.

5. ACKNOWLEDGMENTS: Apart from being advised of the applicability of the U.S. Sentencing Guidelines, and other than as set forth elsewhere in the plea documents, no promise or representation whatsoever has been made to defendant as to what punishment the Court might impose if it accepts the pleas of guilty. This agreement, together with the Plea Supplement filed herewith, fully reflects all promises, agreements, and understandings between the defendant and the United States Attorney. The defendant's agreement is knowing, free, and voluntary, and not the product of force, threat, or coercion.

This the __29th__ day of __November__, 20__22__.

_____
CLAY JOYNER
United States Attorney
MS Bar No. 10316

AGREED AND CONSENTED TO:

VIEW, INC.

_____
By: BILL KRAUSE, ESQ.,
Chief Legal Officer

APPROVED:

_____
WALTER BOONE, MS Bar No. 8651
Attorney for Defendant